# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2008

136836

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re SANTINO SAGE BERSAMINA and
PAIGE MARGUERITE MARIE JOSEPHSON,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

LAURA MCCARTHY,
      Respondent-Appellant,

and

SANTINO ANGELO BERSAMINA,
      Respondent.

_____/

SC: 136836
COA: 281795
Muskegon CC Family Division:
03-032554-NA

     On order of the Court, the application for leave to appeal the June 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

`



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2008

s0722

_____
Clerk